UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. |
| | ) | |
| RAUL FERNANDEZ VICIOSO, | ) | |
| | ) | |
| Defendant. | ) | |

## **JOINT MOTION TO SET RULE 11 DATE**

The United States of America, by and through its undersigned counsel, along with the defendant, Raul Fernandez, by and through his attorney, Stefanie Murphy, move the Court for the scheduling of a date for a Rule 11 hearing. The parties further agree that the time from the filing of the Information through the date of the Rule 11 hearing should be excluded and move the Court for an Order excluding the time to the date the Court sets the Rule 11 Hearing in this matter from all Speedy Trial Act calculations.

Respectfully submitted,

| RAUL FERNANDEZ | | LEAH B. FOLEY |
| | | UNITED STATES ATTORNEY |
| | | |
| */s/ Stefanie Murphy* | By: | */s/ Danial E. Bennett* |
| Stefanie Murphy | | Danial E. Bennett |
| Marin & Murphy Law Firm | | Assistant U.S. Attorney |
| 6 Wanton Shippee Road | | United States Attorney's Office |
| East Greenwich, RI 02818 | | 595 Main Street |
| sm@marinmurphylaw.com | | Worcester, MA 01608 |
| 401-316-9423 | | Danial.Bennett@usdoj.gov |
| | | 508-368-0104 |

Date: February 3, 2026

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and by regular mail to the participants who do not receive electronic filing.

                                                  /s/ *Danial E. Bennett*
                                                  Danial E. Bennett
                                                  Assistant U.S. Attorney

Date: February 3, 2026